James SPARKS, Deceased Employee by Carolyn SPARKS, Petitioner, Respondent,

v.

WARMKA TRANSPORT, INC., and General Credit Insurance Company/MIGA, Relators.

No. C3–02–1331.

Supreme Court of Minnesota.

Oct. 21, 2002.

Honorable Cheryl LeClair–Sommer, Compensation Judge, Office of Administrative Hearings.

Gregg A. Johnson, Eric S. Westphal, Heacox, Hartman, Mattaini, Koshmrl, Cosgriff & Johnson, St. Paul, MN, for Relators.

Matthew T. Nielsen, Scott & Nielsen, P.A., Fairmont, MN, for Respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed July 12, 2002, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:

/s/Alan C. Page

Associate Justice